UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAZMINE I. ROBERTS,

                Plaintiff,

  -against-                                    24 **CIVIL 4032** (LTS)

                                                        **JUDGMENT**

PLS CHECK CASHERS, et al,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 21, 2024, the Court dismisses this action for the reasons set forth in the order. See 28 U.S.C. §§ 1915(e)(2)(b)(ii), 1367(c)(3).

      The Court also certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

      October 22, 2024

                                                           **DANIEL ORTIZ**
                                                          _____
                                                          **Acting Clerk of Court**

                    **BY:**

                                                          _____
                                                          **Deputy Clerk**